487 A.2d 1319

**Thomas ELLISOR, Appellant,**

**v.**

**ALLSTATE INSURANCE COMPANY and Firemen's Insurance Company, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1984.

Decided Feb. 20, 1985.

Jerome W. Kiger and Jeffrey Reed, Grogan, Graffam, McGinley, Solomon & Lucchino, Pittsburgh, for appellant.

James R. Hartline, Thomson, Rhodes & Grigsby, Pittsburgh, for Firemen's Ins. Co.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER OF THE COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.

ZAPPALA, J., dissents.